

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Kimberly Poff<br><br>        Plaintiff<br>v.<br><br>Oklahoma Department Of Human  Services ,<br>Ed Lake, an individual<br>Tony Bryan, an individual<br><br>        Defendants | **No. CJ-2015-737**<br>**(Civil relief more than $10,000: TORT-PERSONAL)**<br><br>Filed: 02/05/2015<br><br>Judge: Stuart, Roger H. |

## PARTIES

Bryan,  Tony, Defendant
Lake,  Ed, Defendant
Oklahoma Department of Human Services, Defendant
Poff,  Kimberly, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| BUSSETT,  RACHEL (Bar #19769)<br>P.O. BOX 58<br>PIEDMONT, OK 73078 | Poff,   Kimberly |

## EVENTS

None

## EXHIBIT 1

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: TORT- PERSONAL (TORTP)
Filed By: Poff, Kimberly
Filed Date: 02/05/2015

| Party Name | Disposition Information |
|---|---|
| | Pending. |

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-05-2015 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 02-05-2015 | TORTP | TORT- PERSONAL | | | |
| 02-05-2015 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 02-05-2015 | PFE1 | PETITION | | | $ 163.00 |
| 02-05-2015 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 02-05-2015 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 02-05-2015 | CCADMIN02 | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS | | | $ 0.20 |
| 02-05-2015 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 2.00 |
| 02-05-2015 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 02-05-2015 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 02-05-2015 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 02-05-2015 | P | PETITION<br>*Document Available (#1028627945)* 📄 *TIFF*   📄 *PDF* | | | |
| 02-05-2015 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STUART, ROGER H. TO THIS CASE. | | | |

## EXHIBIT 1

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-05-2015 | ACCOUNT | RECEIPT # 2015-3541124 ON 02/05/2015. PAYOR:BUSSETT LAW FIRM TOTAL AMOUNT PAID: $213.70. LINE ITEMS: CJ-2015-737: $163.00 ON AC01 CLERK FEES. CJ-2015-737: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2015-737: $0.70 ON AC31 COURT CLERK REVOLVING FUND. CJ-2015-737: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2015-737: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2015-737: $2.00 ON AC64 DISPUTE MEDIATION FEES. CJ-2015-737: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2015-737: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 08-03-2015 | SMF | 6X SUMMONS FEE | | | $ 30.00 |
| 08-03-2015 | AMP | FIRST AMENDED PETITION  Document Available (#1030341392) TIFF  PDF | | | |
| 08-03-2015 | ACCOUNT | RECEIPT # 2015-3671119 ON 08/03/2015. PAYOR:BUSSETT LAW FIRM PC TOTAL AMOUNT PAID: $30.00. LINE ITEMS: CJ-2015-737: $30.00 ON AC01 CLERK FEES. | | | |
| 08-17-2015 | SMS | SUMMONS RETURNED, SERVED: OKDHS C/O GENERAL COUNSEL, SIGN BY GARY BAKER ON 8-5-15 BY CERT MAIL  Document Available (#1029306985) TIFF  PDF | | | |
| 08-17-2015 | SMS | SUMMONS RETURNED, SERVED: TONY BRYAN C/O OKDHS, SIGN BY NAME ILLEG ON 8-5-15 BY CERT MAIL  Document Available (#1029306989) TIFF  PDF | | | |
| 08-17-2015 | SMS | SUMMONS / CERTIFIED MAIL ( GREEN CARD ) SERVED - ED LAKE HUMAN RESOURCE MANAGEMENT - SIGNATURE BY GARY BAKER - ON 8-5-15  Document Available (#1030330609) TIFF  PDF | | | |
| 08-17-2015 | POS | PROOF OF SERVICE  Document Available (#1030325890) TIFF  PDF | | | |
| 08-21-2015 | EAA | ENTRY OF APPEARANCE AND RESERVATION OF ADDITIONAL TIME FOR DEFENDANTS BY RICHARD W. FREEMAN, JR. FOR DEFENDANTS  Document Available (#1029962864) TIFF  PDF | | | |

## EXHIBIT 1

**EXHIBIT 1**