# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-15-936-R |
| | ) |
| OKLAHOMA DEPARTMENT | ) |
| OF HUMAN SERVICES; | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the "Unopposed Motion of Defendants for Additional Extension of Time to Answer First Amended Petition" (Doc. #7) filed herein on September 21, 2015, the Court determines that the same should be granted. Accordingly, the Defendants are hereby granted an extension of time to and including October 1, 2015, within which to answer or otherwise plead in response to the Plaintiff's First Amended Petition (Doc. #1-3) in this case.

It is so ordered this 22nd day of September, 2015.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE