### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY POFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-936-R |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| HUMAN SERVICES; et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff, Kimberly Poff and the Defendants, the Oklahoma Department of Human Services, Ed Lake, and Tony Bryan, hereby jointly stipulate to the dismissal of the above-styled action *with prejudice*.

Dated this 3rd day of April, 2018.

**APPROVED:**

| | |
|---|---|
| *s/ RACHEL L. BUSSETT\** | *s/ EMILY B. FAGAN* |
| Rachel L. Bussett | Emily B. Fagan (OBA #22427) |
| Bussett Legal Group, PLLC | Assistant General Counsel |
| 432 NW 11th Street | Department of Human Services |
| Oklahoma City, OK 73103 | P.O. Box 25352 |
| Telephone: (405) 605-8073 | Oklahoma City, OK 73125-0352 |
| Email: Rachel.Bussett@bussettlegal.com | Telephone: (405) 521-3638 |
| | Facsimile: (405) 521-6816 |
| *Attorney for Plaintiff* | Email: Emily.Fagan@okdhs.org |
| *\*Signed by filing attorney with permission.* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Rachel L. Bussett
*Attorney for Plaintiff*

                                            *s/ EMILY B. FAGAN*
                                            Emily B. Fagan